IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BITTERROOT HOLDINGS, LLC, <br> Plaintiff, | § § § | |
| vs. | § § | CIVIL ACTION NO. 5:14-cv-00862DAE |
| MTGLQ INVESTORS, L.P. <br><br><br> Defendants. | § § § § § § § § § § § | |

## DECLARATION OF BRIAN J. TRENZ

My name is Brian J. Trenz; I hereby declare as follows:

1) I currently represent the Plaintiff, Bitterroot Holdings, LLC, in this case. Attached to the Plaintiff's MOTION FOR LEAVE TO ACCEPT LATE FILED AND CORRECTED DECLARATION is the Declaration of John Harvey. After filing Plaintiff's Motion for Summary Judgment and reviewing the Defendant's Response, I diligently attempted to contact John Harvey to cure some of the alleged technical errors claimed by Defendant. This second Declaration of John Harvey is substantially similar to the first affidavit filed. This supplement is sought so that justice may be done and not in an effort to prejudice the Defendant.

2) I certify under the penalty of perjury under the Laws of the State of Texas and the United States of America that the contents of this Declaration are true and correct and based upon personal knowledge.

EXECUTED THIS 14th DAY of October 2015.

_____

**Brian J. Trenz**