IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BITTERROOT HOLDINGS, LLC,<br>Plaintiff, | § § § | |
| vs. | § § | CIVIL ACTION NO. 5:14-cv-00862DAE |
| MTGLQ INVESTORS, L.P. | § § § § § § § § § § | |
| Defendants. | § § | |

## ORDER ON MOTION FOR LEAVE

This cause having come on for hearing on the motion of Plaintiff, BITTERROOT, to accept late filed and corrected Declaration, and the court having considered the motion of Plaintiff's counsel and opposition of Defense counsel finds that the Motion should be GRANTED.

**THE COURT FINDS THAT:**

A. THE PLAINTIFF'S DECLARATION OF JOHN HARVEY SHALL BE FILED THIS DAY.

**WHEREFORE**, it is ordered that the Plaintiff's motion is GRANTED and that the Plaintiff's Declaration of John Harvey shall be filed this day.

SIGNED THIS _____, 2015.

_____
JUDGE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION